## U.S. Fish and Wildlife Service
## United States District Court
## Violation Notice

| Field | Value |
|---|---|
| CVB Location Code | WL32 |
| Violation Number | W0798787 |
| Officer Name (Print) | BRAD RABALAIS |
| Officer No. | SA0709 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Field | Value |
|---|---|
| Date and Time of Offense (mm/dd/yyyy) | 09/05/2015  3:00 PM |
| Offense Charged | ☑ CFR  ☐ USC  ☐ State Code |
| | 16 U.S.C. 703; 50 CFR 20.21 (i) |
| Place of Offense | MURRAY WELL 3111 |

Offense Description: Factual Basis for Charge     HAZMAT ☐

Did take migratory game birds by the aid of baiting, or on or over any baited area, to wit; mourning doves.

**DEFENDANT INFORMATION**

Phone: 318-332-0734

| Last Name | First Name | M.I. |
|---|---|---|
| SANDERS | JACK | H |

[defendant address information redacted]

**VEHICLE**

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 1-800-827-2982 | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 05, 2015 while exercising my duties as a law enforcement officer in the WESTERN District of LOUISIANA

On September 5, 2015, in the Western District of Louisiana, the defendant, JACK H. SANDERS, did violate the Migratory Bird Treaty Act to wit: did take or attempt to take migratory game birds by the aid of baiting, or on or over any baited area, where the person knew or reasonably should have known that the area is a baited area, all in violation of 16 U.S.C. 704(b)(1) and 50 CFR 20.21 (i).

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB SCAN MAR 02, 2016 09:45
CVB SCAN MAR 02, 2016 09:45